UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-

Liberio Bellomo,
John Ardito, et al.,

              Defendant.

-------------------------------------------------X

<u>AFFIRMATION</u>
IND. NO.: S1 06 Cr 008 (LAK)

STATE OF NEW YORK    )
                      ) SS.:
COUNTY OF NASSAU    )

      RICHARD A. REHBOCK, ESQ., hereby affirms under the penalties of perjury:

      1.      That he is an attorney duly admitted to practice before this Court, and he is the attorney of record for the defendant John Ardito, charged with various crimes pursuant to the above captioned indictment herein.  Further, he is familiar with the facts and circumstances of the matter herein.

      2.      That this affidavit is made in support of the annexed application by several co-defendants for the various forms of relief more fully set forth in their respective Notices of Motion which were filed electronically with the Court.  The Motions filed regarded motions to suppress intercepted conversations and bills of particulars which directly affect Defendant John Ardito.  This affidavit is made upon information and belief, the sources and grounds for said information and belief are the files maintained in the law office of Richard A. Rehbock, Esq. and the proceedings heretofore held herein.

      3.      Regarding the Title III suppression motions filed, Defendant John Ardito is an

aggrieved person as defined by 18 USC §§2510(11) and 2518(10)(a)

4.      Mr. Ardito was named as a target in the initial orders of the Court authorizing the interception of conversations and in all of the extension orders thereafter.  Further Mr. Ardito according to the government was overheard numerous times and allegedly had his communications with others recorded pursuant to the various orders.

5.      Defendant John Ardito respectfully requests that he be permitted to join in all of the motions filed by co-defendants herein as per the directive of the Court.

WHEREFORE, Counsel for Defendant John Ardito respectfully requests that the Court grant the relief requested in the motions filed by his co-counsel as to him, and such other and further relief as the Court may deem just and proper.

DATED:        July 7, 2006

_____
Richard A. Rehbock RR-9908

Attorney for John Ardito
1 Maple Run Drive
Jericho NY 11753
516 827-9583