UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     **INFORMATION**  *RCD*

      -v.-                         :     S19 06 Cr. 008 (LAK)

ANTHONY ROMANELLO,                  :
    a/k/a "Rom,"
                                 :
             Defendant.
                                 :
- - - - - - - - - - - - - - - - - -x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2007

### COUNT ONE

The United States Attorney charges:

1.  From in or about 2004, up through and including in or about January 2006, in the Southern District of New York and elsewhere, ANTHONY ROMANELLO, a/k/a "Rom," the defendant, and others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to use intimidation, threaten, and corruptly persuade another person, with intent to influence, delay, and prevent the testimony of such person in an official proceeding, and to hinder, delay and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense, to wit, ROMANELLO and others agreed to corruptly persuade a person ("Victim-1") to withhold information from federal law enforcement officers and truthful testimony in an official proceeding, which information and testimony related to an attempted extortion of

Victim-1 by members and associates of the Genovese Organized Crime Family.

(Title 18, United States Code, Sections 1512(b) and (k)).

_/s/ Michael Garcia_
MICHAEL J. GARCIA
United States Attorney

March 26, 2007 (s) - Filed Waiver of Indictment and Superceded Information in S19 06 CR 008 (LAK). Deft consents to proceed before a USMJ on a Felony Plea Allocution. Deft. pres. w/atty Matthew Mari. AUSt. Miriam Rocah and Court Reptr: Sonya Huggins, present. Deft. pleads guilty as charged in S1 06 CR 008 (LAK). Mag. Judge Freeman recommends that the felony plea allocution be accepted by Judge Kaplan. PSI Ordered. Sentence June 25, 2007 - Control date. Counsel to contact Judge Kaplan's chambers. Deft. cont'd. released on bail. Freeman, USMJ

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

ANTHONY ROMANELLO,

Defendant.

## INFORMATION

S19 06 Cr. 008 (LAK)

(Title 18, United States Code, Section 1512)

MICHAEL J. GARCIA
United States Attorney.