UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                            S20 06 Crim. 0008 (LAK)

JOHN TOMERO, et al.,

              Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The trial is adjourned.  Trial will begin on June 19, 2007 at 9:30 a.m.

        SO ORDERED.

Dated:      May 17, 2007

                                                        Lewis A. Kaplan
                                                    United States District Judge