UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :

    - v -                             :   ORDER

ANTHONY ROMANELLO,                    :   06 Cr. 008 (LAK)

            Defendant.                :
- - - - - - - - - - - - - - - - - - - -x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 26, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty pleas is accepted.

SO ORDERED:

Dated:  New York, New York
        July 3, 2007

_____
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07