PROB 12B
(NYEP-S 17 06)



# United States District Court

for the

## Southern District of New York

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Name of Offender:   Anthony Romanello          Case Number: S19 06-CR-008-13 (LAK)

Name of Sentencing Judicial Officer: The Honorable Lewis A. Kaplan, U.S. District Judge

Date of Original Sentence: July 23, 2007

Original Offense: Conspiracy to Obstruct Justice, a Class C Felony in violation of 18 USC 1512(b) & (k)

Original Sentence: Two (2) years probation

Type of Supervision:   Probation          Date Supervision Commenced: July 23, 2007
==========================================================================

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

The probationer shall make monthly payments towards the $500 Fine at a rate of not less than $25 until the obligation is paid in full.

The probationer shall not associate directly or indirectly, in-person, by mail, by computer or telephonically, with any of the individuals on the list provided to him by the Probation Department, who are identified as members and/or associates of the Genovese Organized Crime Family, unless granted permission to do so by the probation officer. In addition, the releasee shall not associate with any of the co-defendants or related defendants listed in his presentence report under Docket #S19 06-CR-00008-13 (LAK), unless granted permission to do so by the probation officer.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

P-48686 Prob 12B / **Page 2**

## CAUSE

Romanello commenced his supervision term on July 23, 2007 in the Eastern District of New York based on his residence in Franklin Square, New York, he set to expire from supervision on July 22, 2009.

The probation department requests that the Court modify the conditions to specify a minimum monthly payment of $25.00 in order to ensure that the probationer addresses his monetary obligation in a timely manner. The probationer has been advised that he may pay the full amount due at any time.

Based on the presentence report, the Probation Department respectfully requests the conditions of supervision to be modified, prohibiting the probationer from associating with known members/associates of the Genovese Family. A review of the presentence report identifies the probationer as a Soldier and Acting Capo in that criminal organization. Furthermore, the presentence report at paragraph number 116, indicated that the probationer was residing in an apartment in Corona, NY, located in a building owned by Anthony Federici. According to our law enforcement contacts, Anthony Federici, is a reputed Capo in the Genovese Family. The probationer has since moved out of that location and is residing at 678 Anderson Avenue Franklin Square, New York 11010 with his wife Ann Romanello (Age 66).

Since the commencement of supervision in the Eastern District of New York, United States Probation Officer (USPO) Edward Kanaley advises the probationer has reported as directed, remained arrest free and has been compliant with all instructions thus far. The home confinement portion of the sentence has been initiated as well.

As evidenced by the attached Probation Form 49, the probationer has agreed signed to the aforementioned modifications on September 18, 2007 waiving his right to a hearing. If your Honor concurs with the following recommendation, please sign on the attached document.

Respectfully submitted by,

Peter A. Merrigan
Supervising U.S. Probation Officer
Date: 1/31/0 ь

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

P-48686 Prob 12B / Page 3



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[✓]   Court approves the Modification of Conditions as noted.

or

[ ]   Other

_____
Signature of Judicial Officer

2/4/08
_____
Date